UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CORA AUTRY,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**PIZZA HUT OF SAN ANTONIO NUMBER 1, INC., PIZZA HUT OF SAN ANTONIO NUMBER 2, INC., PIZZA HUT OF SAN ANTONIO NUMBER 3 INC., PIZZA HUT OF SAN ANTONIO NUMBER 6, INC., PIZZA HUT OF SAN ANTONIO NUMBER 7, INC., PIZZA HUT OF SAN ANTONIO NUMBER 9, INC., PIZZA HUT OF SAN ANTONIO NUMBER 10, INC., PIZZA HUT OF SAN ANTONIO NUMBER 11, INC., PIZZA HUT OF SAN ANTONIO NUMBER 12, INC., PIZZA HUT OF SAN ANTONIO NUMBER 13, INC., PIZZA HUT OF SAN ANTONIO NUMBER 14, INC., PIZZA HUT OF SAN ANTONIO NUMBER 18, INC., PIZZA HUT OF SAN ANTONIO NUMBER 20, INC., PIZZA HUT OF SAN ANTONIO NUMBER 21, INC., PIZZA HUT OF SAN ANTONIO NUMBER 25, INC., PIZZA HUT OF SAN ANTONIO NUMBER 27, INC., PIZZA HUT OF SAN ANTONIO NUMBER 28, INC., PIZZA HUT OF SAN ANTONIO NUMBER 29, INC., PIZZA HUT OF SAN ANTONIO NUMBER 30, INC., PIZZA HUT OF SAN ANTONIO NUMBER 31, INC., PIZZA HUT OF SAN ANTONIO NUMBER 36, INC., PIZZA HUT OF SAN ANTONIO NUMBER 37, INC., PIZZA HUT OF SAN ANTONIO NUMBER 38, INC., PIZZA HUT OF SAN ANTONIO NUMBER 39, INC., PIZZA HUT OF SAN ANTONIO NUMBER 40, INC., PIZZA HUT OF SAN ANTONIO NUMBER 41, INC., PIZZA HUT OF SAN ANTONIO NUMBER 42, INC., PIZZA HUT OF SAN** | **Case No. 5:18-cv-00411**<br><br>**Jury Demanded** |

| |
|---|
| **ANTONIO NUMBER 43, INC., PIZZA HUT OF SAN ANTONIO NUMBER 44, INC., PIZZA HUT OF SAN ANTONIO NUMBER 45, INC., PIZZA HUT OF SAN ANTONIO NUMBER 47, INC., PIZZA HUT OF SAN ANTONIO NUMBER 48, INC., PIZZA HUT OF SAN ANTONIO NUMBER 49, INC., PIZZA HUT OF SAN ANTONIO NUMBER 50, INC., PIZZA HUT OF SAN ANTONIO NO. 51, INC., NEWTON ASSOCIATES, INC., and NEWTON ASSOCIATES I, LTD. all d/b/a PIZZA HUT OF SAN ANTONIO, INC., and JOHN RICHMOND, individually** |
| Defendants. |

## JOINT STIPULATION OF DISMISSAL

Plaintiff CORA AUTRY, et al. and Defendants PIZZA HUT OF SAN ANTONIO NUMBER 1, INC., et al. (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent to this honorable Court that they stipulate to the dismissal of this action. Accordingly, Plaintiff hereby dismisses this action with prejudice, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ J. Forester*_____

**Jay Forester**
Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N St Paul St, Ste 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
jay@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

>BY: /s/ *Barry McClenahan (signed w/ permission)*
>BARRY A. McCLENAHAN
>State Bar No. 13404400
>barry@mcclenahanlawfirm.com
>JONATHAN YEDOR, Of Counsel
>State Bar No. 22151400
>jonathan@mcclenahanlawfirm.com
>
>EMMA CANO
>State Bar No. 24036321
>ecano@jeffersoncano.com
>**JEFFERSON CANO**
>112 E. Pecan Street, Suite 1650
>San Antonio, Texas 78205
>Telephone: (210) 988-1801
>Facsimile: (210) 988-1801
>
>**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be served on all Parties of record via the court's e-filing system.

>/s/ *J. Forester*